FILED

June 30, 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

_____
DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )          Case No. CR.S-06-0270-FCD
                  Plaintiff,       )
                                   )
v.                                 )          ORDER FOR RELEASE OF
                                   )          PERSON IN CUSTODY
TOBY YACKED LANDIS,                )
                                   )
                  Defendant.       )
_____)

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release TOBY YACKED LANDIS, Case No. CR.S-06-

0270-FCD, from custody subject to the conditions contained in the attached "Notice to Defendant

Being Released" and for the following reasons:

_____    Release on Personal Recognizance

___X___  Bail Posted in the Sum of $ _/CC, CCC ~~~~~_

_____    Unsecured Appearance Bond

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

___X___  (Other) Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _June 30, 2006_ at _3:30 pm_

                          By    _GREGORY G. HOLLOWS_
                                Gregory G. Hollows
                                United States Magistrate Judge